## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL BRADY WATSON**                                                       **PLAINTIFF**
**#16347**

**VS.**                                     **4:23-CV-00680-BRW**

**TY MCMULLEN, Deputy,**
**White County Sheriff's Office,** *et al*.                                  **DEFENDANTS**

## <u>JUDGMENT</u>

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 8th day of August, 2023.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE